IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| BakeMark USA LLC, | No. CV-23-02674-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| Carolyn Pastis, et al., | |
| Defendants. | |

Pending before the Court is Defendant's Motion to Dismiss (Doc. 25). The Motion is deficient because Defendant did not include a certification of conferral as required by Local Rule 12.1(c). Plaintiff knew she was required to confer as shown by an email chain admitted during the preliminary injunction hearing (Exhibit 9). The parties agreed to confer on January 17, 2024, but Plaintiff filed the Motion on January 16, 2024 without discussing the proposed Motion or whether the Complaint could be amended to fix the alleged deficiencies. Local Rule 12.1 provides that "[a] motion that does not contain the required certification may be stricken summarily." LRCiv 12.1(c).

**IT IS HEREBY ORDERED** striking Defendant's Motion to Dismiss (Doc. 25).

**IT IS FURTHER ORDERED** that Defendant must file an Answer to the Complaint by no later than **March 1, 2024**.

Dated this 16th day of February, 2024.

Honorable Susan M. Brnovich
United States District Judge