# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| BakeMark USA LLC, | No. CV-23-02674-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| Carolyn Pastis, et al., | |
| Defendants. | |

The Court has received Plaintiff's Notice of Settlement (Doc. 60).

IT IS ORDERED vacating Telephonic Settlement Conference set for April 1, 2025.

IT IS FURTHER ORDERED that the parties shall file a Stipulation to Dismiss and Permanent Injunction within thirty (30) days of the filing of this Order. The Court will dismiss the case with prejudice on **March 6, 2025** if a Stipulation to Dismiss and Permanent Injunction or Joint Status Report is not filed within thirty (30) days of the filing of this Order.

Dated this 30th day of January, 2025.

Honorable Eileen S. Willett
United States Magistrate Judge